JUSTIN AUGUSTINE (CA Bar No. 235561)
LISA T. BELENKY (CA Bar No. 203225)
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA 94104
Telephone: (415) 463-9682 x 307
Facsimile: (415) 463-9683

Attorneys for Plaintiffs

IGNACIA S. MORENO, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
DANIEL J. POLLAK, Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile:(202) 305-0275

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and THE BAY INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No.: 1:09-CV-02092-OWW-DLB <br><br> **Stipulation and Order to Dismiss Claims** |

WHEREAS, the U.S. Fish and Wildlife Service ("Service") listed the delta smelt as a threatened species on March 5, 1993.  See 73 Fed. Reg.  39,639, 39,640 (July 10, 2008).

WHEREAS, on March 9, 2006, the Service received a petition, dated March 8, 2006, from the Center for Biological Diversity, The Bay Institute, and the Natural Resources Defense Council to reclassify the listing status of the delta smelt from threatened to endangered status.  Id.

WHEREAS, On July 10, 2008, the Service published a 90-day finding in the Federal Register, as required by 16 U.S.C. § 1533(b)(3)(A), which concluded that the petition presented

"substantial information to indicate . . . that reclassification of delta smelt from threatened to endangered may be warranted" and that the Service would accordingly initiate a status review of the species.  Id. at 39,643.

WHEREAS, on November 13, 2009, the Center for Biological Diversity and The Bay Institute ("Plaintiffs") filed their Complaint in the above-captioned case under the ESA citizen suit provisions at  16 U.S.C. § 1540(g)(1)(C).  Plaintiffs' Complaint alleged that the Service had missed a mandatory deadline to issue a finding as to whether the petitioned-for reclassification of the delta smelt was warranted, not warranted, or warranted but precluded by other listing priorities, pursuant to 16 U.S.C. § 1533(b)(3)(B).

WHEREAS, Plaintiffs' lawsuit in this action sought declaratory relief and an injunction compelling issuance of the 12-month finding.

WHEREAS, on April 7, 2010, the Service issued a 12-month finding regarding the petition to reclassify the delta smelt at 75 Fed. Reg. 17,667 ("12-month Finding").

WHEREAS, on April 12, 2010, this Court issued an Order to Show Cause re Dismissal ordering the parties to show cause as to why the case should not be dismissed as moot in light of the Service's issuance of the 12-month Finding.

NOW THEREFORE, IT IS HEREBY STIPULATED, and agreed to by and between Plaintiffs and Ken Salazar, Secretary of the U.S. Department of the Interior, and the Service ("Defendants") that publication of the 12-month finding renders Plaintiffs' claims for injunctive and declaratory relief in this action moot.  The parties respectfully request an order from this Court dismissing such claims with prejudice.

Dated:  April 19, 2010

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

/s/ *Daniel Pollak*
_____
DANIEL J. POLLAK, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275
daniel.pollak@usdoj.gov
Attorneys for the Federal Defendants


/s/ *Justin Augustine*
(as authorized on April 17, 2010)
_____
JUSTIN AUGUSTINE (CA Bar No. 235561)
LISA T. BELENKY (CA Bar No. 203225)
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA 94104
Telephone: (415) 463-9682 x 307
Facsimile: (415) 463-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org


IT IS SO ORDERED.

**Dated:   April 20, 2010**          **/s/ Oliver W. Wanger**
_____
UNITED STATES DISTRICT JUDGE